IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ELVIN JAVIER ROMERO AGUILAR,

Petitioner,

v.

WARDEN, MOSHANNON VALLEY
PROCESSING CENTER, et al.,

Respondents.

Civil Action No. 3:26-cv-1154

WILLIAM S. STICKMAN
United States District Judge

(Electronic Filing)

## <u>ORDER</u>

AND NOW, this 9 day of July, 2026, upon consideration of Respondents' Motion to

Dismiss Petition as Moot, IT IS HEREBY ORDERED that said Motion is GRANTED.

IT IS FURTHER ORDERED that Petitioner Elvin Javier Romero Aguilar's Emergency

Petition for Writ of Habeas Corpus (Dkt. No. 1) is hereby DISMISSED WITH PREJUDICE.

_____
WILLIAM S. STICKMAN
United States District Judge

cc/ecf: Counsel of Record